JOSEPH MITCHELL, Doing Business as JAMES E. MITCHELL & SON, Appellant, v. ROBERT HOE ESTATE CO., INC., Respondent, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

FLORENCE B. LUX, Respondent, v. MURRAY LUX, Appellant.— Order unanimously modified by eliminating the amount awarded for alimony, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

HARVEY J. SCRIBNER, Respondent, v. MELVIN STONE, Individually and Doing Business under the Names of MACHINE GROUP and MACHINE AFFILIATES, et al., Appellants.— Order unanimously modified by denying items 1, 2 and 3 and 1-a, 2-a and 3-a, and as so modified, affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post,* p. 773.]

ALWINE WESTOVER, Respondent, v. RAYMOND N. WESTOVER, Appellant.— Order denying defendant's motion to be released from imprisonment in the New York County Jail upon posting bail in the amount of $500 under the order of arrest issued on August 27, 1942, as amended by the orders of July 28, 1943 and November 12, 1943, unanimously modified by granting the motion on condition that defendant furnish bail in the sum of $1,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of MAPLE COURT RESTAURANT, INC., Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

EDWARD R. BRODERICK et al., Respondents, v. LEMKAU-KIDD CORPORATION, Appellant.— Order unanimously modified by eliminating items, c, d and f of the notice to produce, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

LEOPOLD MANNABERG, Appellant, v. ELY CULBERTSON et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.